UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| VENUE CHISCA, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BRITTNEY JONES and THE SPRUCE WEDDING COMPANY, LLC, d/b/a Spruce Rentals,<br><br>Defendants. | Case No. 19-cv-1054 |

## COMPLAINT

NOW COMES the Plaintiff, Venue Chisca, LLC, by and through its attorneys, Christopher H. Sokn (lead counsel) and Steven A. Wakeman of Kingery Durree Wakeman & O'Donnell, Assoc., and for its Complaint against the Defendants, states as follows:

### Facts Common to All Counts

### Parties

1.  Plaintiff, Venue Chisca, LLC, is an Illinois Limited Liability Company with its principal place of business in the City of Peoria, Peoria County, State of Illinois, doing business as Venue Chisca.

2.  Michelle Spurgeon is an individual residing in the City of Peoria, Peoria County, State of Illinois, is the manager and sole member of Venue Chisca, LLC.

3.  Defendant, Brittney Jones, is an individual residing in the Village of Morton, Tazewell County, State of Illinois.

1

4.  Defendant, The Spruce Wedding Company, LLC, is an Illinois Limited Liability Company with its principal place of business in the City of Peoria, Peoria County, State of Illinois.

5.  Brittney Jones is the manager of The Spruce Wedding Company, LLC.

6.  On information and belief, Brittney Jones is the sole member of The Spruce Wedding Company, LLC.

7.  The Spruce Wedding Company, LLC does business as Spruce Rentals.

## Jurisdiction

8.  At all times relevant to this Complaint there was in effect a statute commonly known as the Anti-Cybersquatting Consumer Protection Act (the "ACPA"), 15 U.S.C. § 1125(d), which creates a cause of action arising under the laws of the United States.

## The Creation of Venue Chisca

9.  At all times relevant to this Complaint, Michelle Spurgeon was the owner of Heaven on Earth, a business located in the City of Peoria, State of Illinois providing wedding and event rentals and design services.

10. In the Summer of 2017, Michelle Spurgeon began plans to open a wedding and event venue in a restored building in the Warehouse District of the City of Peoria.

11. At that time, Michelle Spurgeon was approached by developer Katie Kim to locate the venue in a building under development in the warehouse district.

12. Development of the venue continued throughout 2017, with Michelle Spurgeon teasing the announcement in a Facebook post in October of 2017.

13. As part of the development of Venue Chisca, LLC, Michelle Spurgeon spoke to numerous individuals and entities involved in the wedding and event rental industry in Central

Illinois regarding the development of Venue Chisca through her connections made through Heaven on Earth and her work in the bridal and even industry.

14. Throughout the development of the project, it was common knowledge among the wedding and event rental industry in Central Illinois that Michelle Spurgeon would be opening an event venue in the City of Peoria named Venue Chisca.

15. On April 25, 2018, Venue Chisca, LLC was registered as an Illinois Limited Liability Company by Michelle Spurgeon.

16. On May 1, 2018, Michelle Spurgeon registered a Facebook page for Venue Chisca.

17. On May 3, 2018, Michelle Spurgeon publicly announced the launching of Venue Chisca through a Facebook post.

**An Anonymous Individual Registers Venue Chisca Domain Names**

18. On May 7, 2018, an anonymous individual utilized the internet domain name registrar GoDaddy.com to register numerous website domain names related to the name Venue Chisca.

19. At the same time, the anonymous individual utilized the services of Domains By Proxy to anonymously register the domain names such that the public would be unable to determine who owned the domain names.

20. Specifically, the anonymous individual registered the following domain names on or about May 7, 2018:

    a. venuechisca.com;

    b. venuechisca.net;

    c. venuechisca.org;

3

      d. venuechisca.info;

      e. venuechiscapeoria.com;

      f. peoriavenuechisca.com;

      g. chiscapeoria.com;

      h. chiscapeoria.net;

      i. chiscapeoria.org; and

      j. chiscapeoria.info (collectively hereinafter the "domain names.")

**The Anonymous Individual Demands $50,000.00 for Venuechisca.com**

21. After the domain names were registered, Michelle Spurgeon attempted to register domain names for the use of Venue Chisca, LLC but discovered an anonymous person had already registered:

      a. venuechisca.com;

      b. venuechisca.net;

      c. venuechisca.org;

      d. venuechisca.info; and

      e. venuechiscapeoria.com.

22. On August 8, 2018, in an attempt to secure the domain for Venue Chisca, LLC, Michelle Spurgeon hired GoDaddy's Domain Buy Service, a service which attempts to anonymously facilitate domain name sales between potential buyers and sellers holding domain names registered by GoDaddy.com.

23. On August 13, 2018, after requesting a sales price from the anonymous individual, GoDaddy sent an email to Michelle Spurgeon indicating that the anonymous individual's "asking price for VENUECHISCA.COM is USD$50,000."

4

24. On August 16, 2018, GoDaddy sent another email to Michelle Spurgeon indicating that the owner of the domain demainded $50,000.00 for venuechisca.com.

25. Venue Chisca, LLC refused to pay the demand of $50,000.00.

26. The anonymous individual never responded with any counteroffer to Venue Chisca, LLC's offer to purchase the domain.

**Venue Chisca, LLC Files a Discovery Action in the Circuit Court of Peoria County**

27. On October 10, 2018, Venue Chisca, LLC filed a Petition for Pre-Suit Discovery against multiple defendants in the Circuit Court of Peoria County, State of Illinois, Case Number 18-MR-650.

28. In the Petition, Venue Chisca, LLC alleged the defendants, including GoDaddy.com and Domains by Proxy, knew the identity of the anonymous purchaser of venuechisca.com, venuechisca.net, venuechisca.org, peoriavenuechisca.com, and venuechiscapeoria.com.

29. On December 12, 2018, the Circuit Court of Peoria County granted the Petition and ordered GoDaddy.com and Domains By Proxy to answer discovery about their knowledge of the ownership of the domain names.

**Brittney Jones is Revealed to be the Anonymous Purchaser**

30. On February 12, 2018, GoDaddy.com and Domains By Proxy answered the discovery and produced records of the transactions registering the five websites inquired about in the discovery.

31. The discovery production revealed that Defendant Brittney Jones registered all of the domain names asked about in the discovery.

5

32. In addition, and previously unknown to Venue Chisca, LLC, the discovery production revealed Brittney Jones had registered the additional five domain names related to the name Venue Chisca on May 7, 2018.

33. The discovery production thereby revealed that Brittney Jones was the seller demanding $50,000.00 for the purchase of just venuechisca.com.

34. At no point prior to the filing of this Complaint had any of the domain names been used for anything other than a default GoDaddy.com landing page.

## COUNT I

*Venue Chisca, LLC vs. Brittney Jones – ACPA Claim*

35. Venue Chisca is a distinctive mark for the use of identifying Venue Chisca, LLC as a wedding and event planning and venue business.

36. In addition, Venue Chisca is a registered trademarked under the laws of the State of Illinois for the use of Venue Chisca, LLC.

37. Customers identify the term Venue Chisca as the upscale wedding and event planning and venue business of Venue Chisca, LLC.

38. The term Venue Chisca is so distinctive that it requires no secondary meaning to identify it with Venue Chisca, LLC.

39. In the alternative to Paragraph 36, Venue Chisca has acquired a secondary meaning attributing it to the business of Venue Chisca, LLC.

40. Brittney Jones had a bad faith intent to profit from her registration, trafficking in, and use of the domain names in one or more of the following ways:

    a. Brittney Jones has no trademark or intellectual property interest in any of the domain names or variations of the name Venue Chisca;

    b.    None of the domains are Brittney Jones' legal name or a name that is commonly used to identify her;

    c.    Brittney Jones has no prior use of the domain names in connection with any bona fide offering of any goods or services;

    d.    Brittney Jones has no bona fide noncommercial or fair use of Venue Chisca in any site accessible under any of the domain names;

    e.    Brittney Jones offered to sell just one of the ten domain names, venuechisca.com, for $50,000.00 without having used it in any manner whatsoever, after paying $11.99 to acquire the domain;

    f.    Brittney Jones registered ten different domain names which she knew were all identical or confusingly similar to Venue Chisca.

    g.    Brittney Jones used material and misleading false contact information when registering the domain names by providing an address she did not live at.

41.    The domain names are all identical or confusingly similar to the distinctive mark Venue Chisca.

42.    By registering the domain names and attempting to profit in bad faith from their registration, Brittney Jones willfully violated the ACPA, 15 USC § 1125d.

43.    Pursuant to the ACPA, 15 USC § 1117 and 1125(d), Venue Chisca, LLC is entitled to the following relief for Brittney Jones' willful violation of the statute:

    a.    An order requiring she relinquish control of all the domain names to Venue Chisca, LLC;

      b.      An award of elected statutory damages pursuant to 15 USC § 1117(d) of not less than $1,000 and not more than $100,000 per domain name;

      c.      An award of its attorneys' fees, and

      d.      An award of its costs of suit.

WHEREFORE, Plaintiff, Venue Chisca, LLC, prays that judgment be entered in her favor and against the Defendant, Brittney Jones, as follows:

      a.      An order requiring Defendant relinquish control of all the domain names to Venue Chisca, LLC;

      b.      An award of elected statutory damages pursuant to 15 USC § 1117(d) of not less than $1,000 and not more than $100,000 per domain name;

      c.      An award of its attorneys' fees;

      d.      An award of its costs of suit; and

      e.      Such other and further relief as the Court deems just and proper.

## COUNT II

*Venue Chisca, LLC v. The Spruce Wedding Company, LLC – ACPA Claim*

44.    Venue Chisca is a distinctive mark for the use of identifying Venue Chisca, LLC as a wedding and event planning and venue business.

45.    In addition, Venue Chisca is a registered trademark under the laws of the State of Illinois for the use of Venue Chisca, LLC.

46.    Customers identify the term Venue Chisca as the upscale wedding and event planning and venue business of Venue Chisca, LLC.

47.    The term Venue Chisca is so distinctive that it requires no secondary meaning to identify it with Venue Chisca, LLC.

48. In the alternative to Paragraph 36, Venue Chisca has acquired a secondary meaning attributing it to the business of Venue Chisca, LLC.

49. The Spruce Wedding Company, LLC is a direct competitor of both of Michelle Spurgeon's businesses, Venue Chisca, LLC and Heaven on Earth.

50. Both Heaven on Earth and The Spruce Wedding Company, LLC offer the rental of items for the use in weddings.

51. Venue Chisca, LLC offers items for the use in events included with the venue, meaning that any events held at Venue Chisca would involve no business going to The Spruce Wedding Company, LLC because customers do not need to rent from outside vendors and Venue Chisca does not allow customers to use outside vendor rentals.

52. In January of 2019, The Spruce Wedding Company, LLC moved its business location to across the street from Venue Chisca.

53. On information and belief, The Spruce Wedding Company, LLC intends to use its new location to offer venue services to directly compete with Venue Chisca.

54. At the time Brittney Jones purchased the domain names, in addition to her personal goal of profiting from the exorbitant sale of the domains, she acted as the sole member, manager, and agent of The Spruce Wedding Company, LLC with the goal of obstructing and interfering with its business competitor, Venue Chisca, LLC.

55. At the time Brittney Jones purchased the domain names, she was acting with a dual purpose for both herself and for her business, The Spruce Wedding Company, LLC.

56. The Spruce Wedding Company, LLC had a bad faith intent to profit from its member, manager, and agent Brittney Jones' registration, trafficking in, and use of the domain names in one or more of the following ways:

a. The Spruce Wedding Company, LLC has no trademark or intellectual property interest in any of the domain names or variations of the name Venue Chisca;

b. The domain names are not the name of The Spruce Wedding Company, LLC's legal name or a name that is commonly used to identify it;

c. The Spruce Wedding Company, LLC has no prior use of the domain names in connection with any bona fide offering of any goods or services;

d. The Spruce Wedding Company, LLC has no bona fide noncommercial or fair use of Venue Chisca in any site accessible under any of the domain names;

e. The Spruce Wedding Company, LLC's member, manager, and agent, Brittney Jones, registered ten different domain names which she knew were identical or confusingly similar to Venue Chisca;

f. The Spruce Wedding Company, LLC intended to divert consumers from locating Venue Chisca, LLC's online location in an attempt to harm the goodwill represented by Venue Chisca and to make it appear as if Venue Chisca, LLC is not a legitimate business in that it did not own its trademarked domain name and to make it difficult for customers to locate its online presence;

g. The Spruce Wedding Company, LLC's member, manager, and agent used material and misleading contact information when the domain names were registered without mentioning The Spruce Wedding Company, LLC; and

    h.  The Spruce Wedding Company, LLC's member, manager, and agent privately registered the domain names when its own domain name is not privately registered.

57. The domain names are all identical or confusingly similar to the distinctive mark Venue Chisca.

58. By its member, manager, and agent registering the domain names and attempting to profit in bad faith from their registration, The Spruce Wedding Company, LLC willfully violated the ACPA, 15 USC § 1125d.

59. Pursuant to the ACPA, 15 USC § 1117 and 1125(d), Venue Chisca, LLC is entitled to the following relief for The Spruce Wedding Company LLC's willful violation of the statute:

    a.  An order requiring she to relinquish control of all the domain names to Venue Chisca, LLC;

    b.  An award of elected statutory damages pursuant to 15 USC § 1117(d) of not less than $1,000 and not more than $100,000 per domain name;

    c.  An award of her attorneys' fees; and

    d.  An award of her costs of suit.

WHEREFORE, Plaintiff, Venue Chisca LLC, prays that judgment be entered in her favor and against the Defendant, The Spruce Wedding Company, LLC, as follows:

    a.  An order requiring The Spruce Wedding Company, LLC relinquish control of all the domain names to Venue Chisca, LLC;

    b.  An award of elected statutory damages pursuant to 15 USC § 1117(d) of not less than $1,000 and not more than $100,000 per domain name;

c. An award of its attorneys' fees;

d. An award of its costs of suit; and

e. Such other and further relief as the Court deems just and proper.

VENUE CHISCA, LLC, Plaintiff,

By: /s/ Christopher H. Sokn
CHRISTOPHER H. SOKN

**CHRISTOPHER H. SOKN**
**STEVEN A. WAKEMAN**
**KINGERY DURREE WAKEMAN**
  **& O'DONNELL, ASSOC.**
416 Main Street, Suite 1600
Peoria, IL  61602
Phone: (309) 676-3612
Fax:    (309) 676-1329
Email: chsokn@kdowlaw.com